UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>　　　　　　　　　Defendants. | NO: CV-13-416-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO ENTER JUDGMENT AGAINST DEFENDANT PAULA DONALD |

**BEFORE THE COURT** is the Bankruptcy Court's Report and

Recommendation for entry of Default Judgment against Defendant Paula Donald, BK

ECF No. 755 and DC ECF No. 21.

1  Having reviewed the Report and Recommendation and all relevant filings, and
2  having found that good cause exists pursuant to the entry of an Order of Default
3  Against Defendant Paula Donald in the Bankruptcy Court on November 20, 2013,
4  BKC ECF No. 686, and there being no objection made by the deadline given, this
5  Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, **ECF**
6  **No. 21**, and shall enter judgment accordingly.
7  **IT IS SO ORDERED**.
8  The District Court Clerk is hereby directed to enter this Order and to provide
9  copies to counsel and to any pro se defendants.
10  **DATED** this 6th day of March 2014.

11

12                                         *s/ Rosanna Malouf Peterson*
                                           ROSANNA MALOUF PETERSON
13                                         Chief United States District Court Judge

14

15

16

17

18

19

20

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO ENTER JUDGMENT AGAINST DEFENDANT
PAULA DONALD ~ 2