1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                      EASTERN DISTRICT OF WASHINGTON

7    In Re:

8    LLS AMERICA, LLC,                    NO:  2:13-CV-416-RMP

                                          Bankr. Case No. 09-06194-PCW11
9                         Debtor,

10   BRUCE P. KRIEGMAN, solely in his     Adv. Proc. No. 11-80295-PCW11
     capacity as court-appointed Chapter 11
11   Trustee for LLS America, LLC,        ORDER ADOPTING BANKRUPTCY
                                          COURT'S REPORT AND
12                        Plaintiff,      RECOMMENDATION TO ENTER
                                          JUDGMENT AGAINST CHRIS
13   v.                                   OLSEN AND BEVERLY OLSEN

14   MATTHEW BOWOLIN, et al.,

15                        Defendants.

16

17        **BEFORE THE COURT** is the Report and Recommendation of the

18   Bankruptcy Court to enter judgment against Chris Olsen and Beverly Olsen, BKC

19   ECF No. 739; DC ECF No. 29.  The Court has reviewed the Report and

20   Recommendation and all relevant filings and is fully informed.  Pursuant to the

     ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
     RECOMMENDATION TO ENTER JUDGMENT AGAINST CHRIS OLSEN
     AND BEVERLY OLSEN ~ 1

1  Report and Recommendation, and there being no objection filed by the deadline

2  given, the Court hereby finds that good cause exists to adopt the Report and

3  Recommendation in its entirely.  Accordingly, **IT IS HEREBY ORDERED** that

4  the Bankruptcy Court's Report and Recommendation, **ECF No. 29,** is **ADOPTED**

5  in its entirety.  Judgment is forthcoming.

6        The District Court Clerk is directed to enter this Order and provide copies to

7  counsel and to any pro se defendants.

8        **DATED** this 1st day of April 2014.

9

10          *s/Rosanna Malouf Peterson*

        ROSANNA MALOUF PETERSON

11          Chief United States District Court Judge

12

13

14

15

16

17

18

19

20

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO ENTER JUDGMENT AGAINST CHRIS OLSEN
AND BEVERLY OLSEN ~ 2