UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>                  Defendants. | NO: CV-13-416-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>DEFAULT JUDGMENT AGAINST DEFENDANTS CHRIS OLSEN AND BEVERLY OLSEN |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Plaintiff Bruce P. Kriegman, Liquating Trustee for LLS America, LLC, as consolidated |

JUDGMENT AGAINST DEFENDANTS CHRIS OLSEN AND BEVERLY OLSEN ~ 1

| | |
|---|---|
| Attorneys for Judgment Creditor: | Witherspoon Kelley |
| Judgment Debtor: | Chris Olsen and Beverly Olsen |
| Attorney for Judgment Creditor: | None (pro se) |
| Amount of Judgment (principal): | $25,256.55 USD |
| Amount of Interest Owed to Date of Judgment: | $     0.00 |
| Interest Rate: | 0.13% per annum |

## JUDGMENT

The Court, having previously entered an Order Adopting the Bankruptcy Court's Report and Recommendation to enter Default Judgment against Defendants Chris Olsen and Beverly Olsen, ECF No. 40, and being fully apprised in the premises, **HEREBY ORDERS, ADJUDGES, AND DECREES** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendants Chris Olsen and Beverly Olsen, jointly and severally, in the amount of $25,256.66, plus post-judgment interest at the rate of 0.13 percent per annum.

1  The District Court Clerk is directed to enter this Judgment, **terminate Chris
2  Olsen** and **Beverly Olsen** as defendants in this cause, and provide copies of this
3  Judgment to counsel and any pro se defendants.
4      **DATED** this 1st day of April 2014.

                *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON
                Chief United States District Court Judge