UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>　　　　　　　　Defendants. | NO:  CV-13-416-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LYLE LOCKHART |

**BEFORE THE COURT** is Plaintiff's Motion for Entry of Default Judgment against Defendant Lyle Lockhart, ECF No. 24.

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT LYLE LOCKHART ~ 1

1  Having reviewed motion and all relevant filings and no objection being filed
2  by the deadline given, the Court finds good cause to enter default judgment as
3  requested.
4  Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of
5  Default Judgment, **ECF No. 24**, is **GRANTED**.  Judgment shall be entered
6  forthwith.
7  **IT IS SO ORDERED**.
8  The District Court Clerk is hereby directed to enter this Order and to provide
9  copies to counsel and to any pro se defendants.
10  **DATED** this 1st day of April 2014.

11

12                                               *s/ Rosanna Malouf Peterson*
                                           ROSANNA MALOUF PETERSON
13                                         Chief United States District Court Judge

14

15

16

17

18

19

20

ORDER GRANTING MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT LYLE LOCKHART ~ 2