UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                        Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                        Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>                        Defendants. | NO: CV-13-416-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>DEFAULT JUDGMENT AGAINST LYLE LOCKHART |

**JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | Plaintiff Bruce P. Kriegman, Liquating Trustee for LLS America, LLC, as consolidated |
| Attorneys for Judgment Creditor: | Witherspoon Kelley |

JUDGMENT AGAINST DEFENDANT LYLE LOCKHART ~ 1

1 | Judgment Debtor: | Lyle Lockhart
2 | Attorney for Judgment Creditor: | None (pro se)
3 | Amount of Judgment (principal): | $28,337.28 CAD
  | | 250.00 USD
5 | Interest Rate: | 0.11% (28 USC § 1961)

## JUDGMENT

The Court, having previously entered an Order Granting Entry of Default Judgment against Defendant Lyle Lockhart ECF No. 45, and being fully apprised in the premises, **HEREBY ORDERS , ADJUDGES, AND DECREES** that Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Lyle Lockhart, as follows:

1. Monetary Judgment in the amount of CAD $28,337.28, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $28,337.28 made to Defendant Lyle Lockhart within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551, and 548(a) and (b), and RCW 19.40.041(1) and (2), and RCW 19.40.071;

JUDGMENT AGAINST DEFENDANT LYLE LOCKHART ~ 2

1  3. All said transfers to Defendant Lyle Lockhart are hereby set aside and
2  Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant
3  Lyle Lockhart for the benefit of the estate of LLS America pursuant to 11 U.S.C.
4  §§ 544, 550, and 551.

5  4. All proofs of claim of Defendant Lyle Lockhart which have been filed or
6  brought or which may hereafter be filed or brought by, on behalf of, or for the
7  benefit of Defendant Lyle Lockhart or his affiliated entities, against the Debtor's
8  estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed
9  and subordinated to the monetary judgment granted herein, and Defendant Lyle
10 Lockhart shall not be entitled to collect on his proofs of claim (Claim Nos. 31 and
11 442) until the monetary judgment is satisfied by Defendant Lyle Lockhart in full,
12 pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

13 5. A constructive trust is hereby established over the proceeds of all
14 transfers in favor of the Trustee for the benefit of the estate of LLS America; and

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20

JUDGMENT AGAINST DEFENDANT LYLE LOCKHART ~ 3

6.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $28,337.28, plus $250 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Judgment, **terminate Lyle Lockhart** as a defendant in this cause, and provide copies of this Judgment to counsel and any pro se defendants.

**DATED** this 1st day of April 2014.

            *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
            Chief United States District Court Judge