1

2

3

4

5         UNITED STATES DISTRICT COURT

6         EASTERN DISTRICT OF WASHINGTON

7   In Re:

8   LLS AMERICA, LLC,                    NO:  CV-13-416-RMP

9                      Debtor,           Bankr. Case No. 09-06194-PCW11
                                         (Consolidated Case)

10  BRUCE P. KRIEGMAN, solely in his     Adv. Proc. No. 11-80296-PCW11
    capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,        AMENDED JUDGMENT AGAINST
                                         DEFENDANTS CHRIS OLSEN AND
12                      Plaintiff,       BEVERLY OLSEN (CORRECTING
                                         TITLE OF JUDGMENT)
13  v.

14  MATTHEW BOWOLIN, et al.,

15                      Defendants.

16

17              **JUDGMENT SUMMARY**

18

19      Judgment Creditor:              Plaintiff Bruce P. Kriegman,
                                        Liquating Trustee for LLS
20                                      America, LLC, as consolidated


JUDGMENT AGAINST DEFENDANTS CHRIS OLSEN AND BEVERLY
OLSEN (CORRECTING TITLE OF JUDGMENT) ~ 1

Attorneys for
Judgment Creditor:                          Witherspoon Kelley

Judgment Debtor:                            Chris Olsen and Beverly Olsen

Attorney for Judgment Creditor:             None (pro se)

Amount of Judgment (principal):             $25,256.55 USD

Amount of Interest Owed to Date
of Judgment:                                $       0.00

Interest Rate:                              0.13% per annum

## JUDGMENT

The Court, having previously entered an Order Adopting the Bankruptcy

Court's Report and Recommendation to enter Summary Judgment against

Defendants Chris Olsen and Beverly Olsen, ECF No. 40, and being fully apprised

in the premises, **HEREBY ORDERS, ADJUDGES, AND DECREES** that

Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11

Trustee for LLS America, LLC, shall have a judgment against Defendants Chris

Olsen and Beverly Olsen, jointly and severally, in the amount of $25,256.55, plus

post-judgment interest at the rate of 0.13 percent per annum.

The District Court Clerk is directed to enter this Judgment, **terminate Chris Olsen** and **Beverly Olsen** as defendants in this cause, and provide copies of this Judgment to counsel and any pro se defendants.

**DATED** this 13th day of March 2014.


_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

JUDGMENT AGAINST DEFENDANTS CHRIS OLSEN AND BEVERLY OLSEN (CORRECTING TITLE OF JUDGMENT) ~ 3