UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br>―――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>　　　　　　　　　　Defendants. | NO: 2:13-CV-416-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. Nos. 11-80296-FPC11<br>　　　　　　　　11-80302-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS BRIAN MOORE AND ANN MOORE |

Before the Court is a Stipulated Motion to Dismiss Brian Moore and Ann Moore as defendants in this matter, ECF No. 98, pursuant to the settlement agreement reached between the respective parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS BRIAN MOORE AND ANN MOORE ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that good cause exists to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 98**, is **GRANTED**.
2. Brian Moore and Ann Moore are hereby dismissed as defendants in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Brian Moore and Ann Moore** as defendants in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 18th day of September 2014.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                        Chief United States District Court Judge