UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>                Defendants. | NO:  2:13-CV-416-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 11-80297-FPC11<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS GERHARD KRIEF |

Before the Court is a Stipulated Motion to Dismiss Gerhard Krief as a defendant in this matter, ECF No. 100, pursuant to the settlement agreement reached between the respective parties.

ORDER GRANTING STIPULATED MOTION TO DISMISS GERHARD KRIEF ~ 1

Having reviewed the motion and relevant filings, and being fully informed, the Court finds that good cause exists to grant the motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Stipulated Motion, **ECF No. 100**, is **GRANTED**.
2. Gerhard Krief is hereby dismissed as a defendant in this matter with prejudice and without costs to either party.

The District Court Clerk is directed to enter this Order, to **terminate Gerhard Krief** as a defendant in this case, and to provide copies of this Order to counsel and to any pro se defendants.

**DATED** this 18th day of September 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge