UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW BOWOLIN, et al.,<br><br>                    Defendants. | NO:  2:13-CV-416-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80296-PCW11<br><br>ORDER DENYING AS MOOT STIPULATED MOTION TO DISMISS DEFENDANTS DALE ELFORD AND EVELYN ELFORD |

Before the Court is a stipulated motion to dismiss Dale Elford and Evelyn Elford as defendants in this matter.  ECF No. 112.  However, on September 26, 2014, all defendants were transferred from this cause number and the case was closed.  ECF No. 108.  Moreover, the parties stipulated to dismiss Defendants in their current cause number.  2:14-cv-00268-RMP, ECF No. 42.

ORDER DENYING AS MOOT STIPULATED MOTION TO DISMISS DEFENDANTS DALE ELFORD AND EVELYN ELFORD ~ 1

1  Accordingly, **IT IS HEREBY ORDERED** that the Stipulated Motion to
2  Dismiss Defendants Dale Elford and Evelyn Elford, **ECF No. 112**, is **DENIED AS**
3  **MOOT**.
4  The District Court Clerk is directed to enter this Order and provide copies to
5  counsel and to any pro se defendants.
6  **DATED** this 19th day of December 2014.

   *s/ Rosanna Malouf Peterson*
8  ROSANNA MALOUF PETERSON
   Chief United States District Court Judge